United States District Court
Southern District of Texas
**ENTERED**
June 22, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLUGBENGA FAUSADEEN ABASS, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:25-5280 |
| | § | |
| WARDEN, HOUSTON CONTRACT DETENTION CENTER, | § | |
| | § | |
| | § | |
| Respondent. | § | |

**ORDER**

Petitioner Olugbenga Fausadeen Abass a Nigerian national, proceeds *pro se* in this immigration habeas action. On December 16, 2025, the Court enjoined the petitioner's transfer outside the Southern District of Texas during these habeas proceedings (Dkt. 11).

On April 16, 2026, the respondents filed a supplement stating that "the Government has found a third country, specifically the country of Ghana, that will accept Mr. Abass for removal" (Dkt. 18, at 1), and requesting that the Court lift the stay on transfer out of this district so that officials could remove the petitioner to Ghana. The supplement had no supporting documents and did not provide any further facts. On April 20, 2026, the Court entered an order (Dkt. 19) giving the respondents five days to file competent evidence to support their supplement. The respondents did not file supporting evidence.

ICE's public website indicates that the petitioner is no longer in custody. *See* Online Detainee Locator System, U.S. Immigration and Customs Enforcement, available at

https://locator.ice.gov/odls/ (last visited June 15, 2026). The respondents are **ORDERED** to file a status report **within three days** of this order.

The Clerk will provide a copy of this order to the parties.

SIGNED at Houston, Texas, on June 22, 2026.

GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE